IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-00262

| | |
|---|---|
| MAUREEN P. RYAN, as Administratrix of the Estate of RUTH C. RYAN and MAUREEN P. RYAN, Individually, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CENTER HEALTH AND REHABILITATION; SSC CHARLOTTE OPERATING COMPANY, LLC; SSC CHARLOTTE RETIREMENT OPERATING COMPANY, LLC; d/b/a BRIAN CENTER-CHARLOTTE RETIREMENT APARTMENTS and BRIAN CENTER HEALTH AND REHABILITATION, STEVEN SANDERS, AND JOHN and/or JANE DOE EMPLOYEES and/or NURSES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

UPON CONSIDERATION of the Consent Motion to Stay Proceedings filed by the parties in the above-captioned matter, and the binding arbitration agreement entered into between the Brian Center Health and Rehabilitation and Plaintiff's decedent Ruth Ryan (through her legal representative) on or about January 9, 2004, it is hereby

**ORDERED** that all further proceedings in this matter are **ABATED** and this matter shall proceed to arbitration pursuant to the provisions of § 3 of the Federal Arbitration Act, N.C.G.S. § 1-569.7(f), and the terms and provisions of the parties' arbitration agreement until fully resolved.

It is **FURTHER ORDERED** that this Court will retain jurisdiction over this matter to the extent consistent under the Federal Arbitration Act and applicable North Carolina law.

Signed: September 12, 2007

Graham C. Mullen
United States District Judge